**FILED**

June 15, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )
        Plaintiff,                  )
v.                                     )
                                       )
Larry Beverly,                         )
                                       )
        Defendant.                  )

Case No.  2:07-mj-192 KJM

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

        This is to authorize and direct you to release <u>Larry Beverly</u>  Case <u>2:07-mj-192 KJM</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        \_\_     Release on Personal Recognizance

        \_\_     Bail Posted in the Sum of _____

        <u>X</u>     Unsecured bond in the amount of $50,000 cosigned by defendant's

               mother, father and sister *, with mother's signature to be obtained by close of business on 6/18/07* ☺

        \_\_     Appearance Bond with 10% Deposit

        \_\_     Appearance Bond secured by Real Property

        \_\_     Corporate Surety Bail Bond

        <u>X</u>     (Other)<u>  PTS conditions/supervision; 3rd party custody to defendnat's</u>

               <u>sister</u>

Issued at <u>Sacramento, CA</u> on <u>6/15/07</u>   at  *4:12 p.m.*

                    By   _____

                       Kimberly J. Mueller,
                       United States Magistrate Judge