DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY D. BEVERLY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-279 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| LARRY D. BEVERLY, JR., ) | Date:  August 27, 2007 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Anne Pings, Assistant United States Attorney, and LARRY D. BEVERLY, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for July 23, 2007, be vacated and rescheduled for status conference on August 27, 2007, at 10:00 a.m.

This continuance is being requested due to on-going defense investigation and for plea negotiations.

IT IS FURTHER STIPULATED that the period from July 23, 2007, through and including August 27, 2007, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: July 19, 2007

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

                /s/ Matthew C. Bockmon
                _____
                MATTHEW C. BOCKMON
                Assistant Federal Defender
                Attorney for Defendant
                LARRY D. BEVERLY, JR.

Dated: July 19, 2007

                MCGREGOR W. SCOTT
                United States Attorney

                /s/ Matthew C. Bockmon for
                _____
                ANNE PINGS
                Assistant U.S. Attorney
                per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  July 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE