DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY D. BEVERLY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-279 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| LARRY D. BEVERLY, JR., | Date: September 24, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Anne Pings, Assistant United States Attorney, and LARRY D. BEVERLY, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for August 27, 2007, be vacated and rescheduled for status conference on September 24, 2007, at 10:00 a.m.

This continuance is being requested due to on-going defense investigation and because of continuing plea negotiations.

IT IS FURTHER STIPULATED that the period from August 27, 2007, through and including September 24, 2007, be excluded in computing the

1 time within which trial must commence under the Speedy Trial Act,
2 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
3 continuity and preparation of counsel.
4 Dated: August 23, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LARRY D. BEVERLY, JR.

Dated: August 23, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
ANNE PINGS
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  August 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE