DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY D. BEVERLY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:07-cr-0279 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| LARRY D. BEVERLY, JR., | ) Date: October 29, 2007 |
| Defendant. | ) Time:  10:00 a.m. |
|  | ) Judge: Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Anne Pings, Assistant United States Attorney, and LARRY D. BEVERLY, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for September 24, 2007, be vacated and rescheduled for status conference on October 29, at 10:00 a.m.

This continuance is being requested due to on-going defense investigation and for plea negotiations.

IT IS FURTHER STIPULATED that the period from September 24, 2007, through and including October 29, 2007, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: September 20, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LARRY D. BEVERLY, JR.

Dated: September 20, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
ANNE PINGS
Assistant U.S. Attorney
per telephonic authority

**IT IS SO ORDERED.**

Dated: September 21, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE