DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY D. BEVERLY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:07-cr-0279 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| LARRY D. BEVERLY, JR., | ) | Date: December 3, 2007 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Anne Pings, Assistant United States Attorney, and LARRY D. BEVERLY, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for October 29, 2007, be vacated and rescheduled for status conference on December 3, 2007, at 10:00 a.m.

This continuance is being requested due to on-going defense investigation and because of continuing plea negotiations.

IT IS FURTHER STIPULATED that the period from October 29, 2007, through and including December 3, 2007, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: October 25, 2007

```
                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Matthew C. Bockmon
                              _____
                              MATTHEW C. BOCKMON
                              Assistant Federal Defender
                              Attorney for Defendant
                              LARRY D. BEVERLY, JR.
```

Dated: October 25, 2007

```
                              MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ Matthew C. Bockmon for
                              _____
                              ANNE PINGS
                              Assistant U.S. Attorney
                              per telephonic authority
```

**IT IS SO ORDERED.**

Dated:  October 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                                2